STATE OF SOUTH DAKOTA                          IN CIRCUIT COURT

COUNTY OF MINNEHAHA                          SECOND JUDICIAL DISTRICT

---

FIRST MIDWEST BANK – DEERFIELD                 Civ. No. _____
BRANCHES, MIDCOUNTRY BANK

     Plaintiffs,

v.                                                            **SUMMONS**

METABANK, fka FIRST FEDERAL
SAVINGS BANK,

     Defendant.

---

THE STATE OF SOUTH DAKOTA TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiffs' attorney an answer to the

Complaint which is herewith served upon you within twenty (20) days after the service of this

Summons upon you, exclusive of the day of such service.  If you fail to do so, judgment by

default will be taken against you for the relief demanded in the Complaint.

Dated: _____6/9/06_____

       **MACKALL, CROUNSE & MOORE, PLC**

       By: _____
       Timothy D. Moratzka (#75036)
       Timothy J. Grande (#15040X)
       Tim A. Staum (#190470)
       Andrew P. Moratzka (#0322131)
       1400 AT&T Tower
       901 Marquette Avenue
       Minneapolis, Minnesota 55402
       (612) 305-1400
       Attorneys for Plaintiffs First Midwest Bank and
       MidCountry Bank

**EXHIBIT**

1

FRIEBERG, NELSON & ASK, L.L.P.


By: _____
    Thomas H. Frieberg
    P.O. Box 511
    Beresford, SD 57004
    (605) 763-2107
    Attorneys for Plaintiffs First Midwest Bank and
    MidCountry Bank

TDM/djs/790604v1

2